RECEIVED
JUL 1 8 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 1:10-CR-00119-01 |
| VERSUS | JUDGE DRELL |
| DIANTE ROMAN DIXON | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED Dixon's second § 3582 Motion to Reduce Sentence (Doc. 57) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 17th day of July 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE